[No. 32386-9-II.  Division Two.  May 31, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY WAYNE FANKHOUSER, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 03-1-00035-2, Kenneth D. Williams, J., entered October 12, 2004. *Reversed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Armstrong and Penoyar, JJ. Now published at 133 Wn. App. 689.

[No. 33073-3-II.  Division Two.  May 31, 2006.]

THE STATE OF WASHINGTON, *Appellant,* v. RUSSELL DAVID KEISALA, *Respondent.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 04-1-00732-9, Stephen M. Warning, J., entered March 24, 2005. *Remanded* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Hunt, J.

[No. 33369-4-II.  Division Two.  May 31, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBIN RAYMOND SCHUMACHER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-00110-1, Roger A. Bennett, J., entered May 27, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Penoyar, JJ.

[No. 51797-0-I.  Division One.  June 5, 2006.]

*In the Matter of the Personal Restraint of* LAWRENCE JOHN KELLER, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished opinion per Grosse, J., concurred in by Schindler, A.C.J., and Dwyer, J.